IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00582-CMA-BNB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

A.D. BUILDERS, LLC, a Colorado limited liability company,
MICHAEL PRETE, a citizen of Colorado, and
JANET DANIELS, a citizen of Colorado,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File Amended Answer, and to Amend Scheduling Order to Permit Same** [docket no. 25, filed August 27, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Amended Answer of defendants A.D. Buildings, LLC and Michael Prete is accepted for filing.  The Clerk of the Court is directed to accept the attached exhibit to docket 25 as the Amended Answer.

DATED:  August 28, 2012