IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00582-CMA-BNB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

A.D. BUILDERS, LLC, a Colorado limited liability company,
MICHAEL PRETE, a citizen of Colorado, and
JANET DANIELS, a citizen of Colorado,

Defendants,

v.

STAILEY INSURANCE CORPORATION, a Colorado corporation, and
ALLEN R. COOK, an individual,

Third-Party Defendants.

_____

**ORDER**

_____

This matter arises on the following:

(1)    **Motion for Leave to File Third Party Complaint, and to Amend Scheduling Order to Permit Same** [Doc. # 26, filed 8/27/2012] (the "Motion to Amend"); and

(2)    **Motion to Reconvene Scheduling Conference to Extend All Deadlines** [Doc. # 31, filed 8/31/2012] (the "Motion to Extend").

IT IS ORDERED:

(1)    The Motion to Amend [Doc. # 26] is GRANTED.  The Clerk of the Court is directed to accept for filing the Third Party Complaint [Doc. # 26-2].

(2)     The Motion to Extend [Doc. # 31] is GRANTED.  The discovery cut-off,

dispositive motions deadline, and deadlines to provide expert witness designations and reports

established by the Scheduling Order [Doc. # 19] are VACATED.  A supplemental scheduling

conference is set for **November 13, 2012, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A.

Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a

revised proposed scheduling order and submit it to the court on or before **November 9, 2012**.

Dated September 11, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2