IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00582-CMA-BNB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Plaintiff,

v.

JANET DANIELS, an individual,

v.

A.D. BUILDERS, LLC, a Colorado limited liability company,
MICHAEL PRETE, a citizen of Colorado, and

Defendants/Third-Party Plaintiffs,

v.

STAILEY INSURANCE CORPORATION, a Colorado corporation, and
ALLEN R. COOK, an individual,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Third-Party Plaintiff Michael Prete's Unopposed Motion to Amend Scheduling Order** [docket no. 51, filed March 13, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
> The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 30, 2013**;

> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P.

       26(a)(2) on or before **May 31, 2013**;

| | |
|---|---|
| Discovery Cut-Off: | **June 21, 2013**; |
| Dispositive Motions: | **July 1, 2013**. |

DATED: March 13, 2013