**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00582-CMA-BNB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

A.D. BUILDERS, LLC, a Colorado limited liability company,
MICHAEL PRETE, a citizen of Colorado, and
JANET DANIELS, a citizen of Colorado,

    Defendants,

v.

STAILEY INSURANCE CORPORATION, a Colorado corporation, and
ALLEN R. COOK, an individual,

    Third-Party Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Stipulation for Dismissal With Prejudice (Doc. # 65) signed by the attorneys for all the parties hereto, it is

    ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE in its entirety, each party to pay its own attorney fees and costs.

    DATED:  June   26  , 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge